JUDGE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR07-0403-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO CONTINUE TRIAL |
| KRISTA BAUER, | ) | |
| Defendant. | ) | |

THE COURT having considered the defendant's motion to continue the trial date, the defendant's Waiver of Speedy Trial, and the records and files herein, hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would be contrary to the interests of justice, within the meaning of 18 U.S.C. § 3161(h)(8)(A), in that requiring the defendant to appear in court prior to trial would result in early termination of her court-ordered drug treatment. This treatment was ordered as a condition of release under the Bail Reform Act, for the purpose of assuring the safety of the community, and to provide needed treatment

2. The Court further finds that the ends of justice will be served by ordering the continuance in this case and that the continuance is necessary to ensure continuity of treatment for the defendant, and to provide the most efficient use of court resources, and that these factors outweigh the interests of the public in a more speedy trial, within the meaning of

1  18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

2  IT IS THEREFORE ORDERED that the trial date be continued from February 11, 2008, to March 3, 2008.

4  IT IS FURTHER ORDERED that the period of time from the current trial date of February 11, 2008, up to and including March 3, 2008, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

DONE this 4th day of February, 2008.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

Presented by:

s/ Lynn C. Hartfield
Colo. Bar No. 28961
Attorney for Defendant Krista Bauer
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
Phone: (206) 553-1100
Fax: (206) 553-0120
Lynn_Hartfield@fd.org