UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR07-403-RAJ |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| KRISTA LYNN BAUER, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 8, 2009. The United States was represented by Assistant United States Attorney Kelly Harris, and the defendant by Lynn C. Hartfield. The proceedings were digitally recorded.

The defendant had been charged and convicted of Interference With a Flight Crew Member, in violation of 49 U.S.C. § 46504. On or about May 16, 2008, defendant was sentenced by the Honorable Richard A. Jones, to a term of thirty-six (36) days in custody (times served), to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse and mental health programs, financial disclosure, no firearms or destructive devices, DNA collection, abstinence from alcohol, search and seizure, prohibited from entering establishments where alcohol is the primary good of sale, prohibited from entering gambling

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

01 establishments, gambler's anonymous treatment, no new credit, and up to a 120-day RRC

02 placement.

03      In an Petition for Warrant or Summons, dated April 1, 2009, U.S. Probation Officer

04 Michael J. Larson asserted the following violations by defendant of the conditions of her

05 supervised release:

06      (1)    Committing the crime of theft on or about December 9, 2008, in violation of

07           the general condition of supervision, requiring she not commit another federal,

08           state or local crime.

09      (2)    Failing to report to the probation office for drug testing on January 30, March

10           11, and March 16, 2009, in violation fo the special condition requiring her

11           participation in a program approved by the probation office for treatment of

12           narcotic addiction, drug dependency, or substance abuse, which may include

13           testing to determine if she has reverted to the use of drugs or alcohol.

14      (3)    Consuming alcohol and/or other intoxicants on or about March 29, 2009, in

15           violation of the special condition requiring she abstain from use of alcohol

16           and/or other intoxicants during the term of supervision.

17      (4)    Failing to notify the probation office within 72 hours of being arrested or

18           questioned by a law enforcement officer on or about March 29, 2009, in

19           violation of standard condition number eleven.

20      (5)    Using marijuana on or before March 31, 2009, in violation of standard

21           condition number seven.

22      On April 8, 2009, defendant made her initial appearance. The defendant was advised

23 of her rights, acknowledged those rights, and admitted to the alleged violations Nos. 2, 3, 4

24 and 5. Alleged violation 1 was withdrawn by the government.

25      I therefore recommend that the Court find the defendant to have violated the terms

26 and conditions of her supervised release as to violations numbers 2, 3, 4 and 5, and that the

01 Court conduct a hearing limited to disposition. A disposition hearing on these violations has

02 been set for April 24, 2009 at 2:00 p.m. before the Honorable Richard A. Jones.

03      Pending a final determination by the Court, the defendant has been detained.

04      DATED this 9th day of April, 2009.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

09 cc:    District Judge:        Honorable Richard A. Jones
         AUSA:             Mr. Kelly Harris
10          Defendant's attorney:    Ms. Lynn C. Hartfield
11          Probation officer:      Mr. Michael J. Larson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 3